**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William U. Thompson, | ) | No. CV 13-2437-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Hartford Accident and Indemnity Company, | ) | |
| Defendant. | ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation).

Accordingly,

**IT IS ORDERED** that by December 23, 2013, Defendant shall file an amended notice of removal properly alleging federal subject matter jurisdiction, or this case will be remanded for lack of federal subject matter jurisdiction.

DATED this 9th day of December, 2013.

James A. Teilborg
Senior United States District Judge